No.  **CR - 08  00284** RMW  HRL

*Filed APR 3 0 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

*SEALED BY ORDER OF THE COURT*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA
### *vs.*
### MAX BUDZIAK

### INDICTMENT

**COUNTS ONE AND TWO:**    18 U.S.C. §§ 2252(a)(2)(A) & 2252(b)(1) - Distribution of Child Pornography;

**COUNT THREE**    18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct;

18 U.S.C. §§ 2253(a)(1) & (a)(3) - Criminal Forfeiture

*A true bill.*

_____
Foreperson

Filed in open court this 30 day of April

A.D. 2008

_____
United States Magistrate Judge

Bail. $ No bail arrest warrant

DISTRICT COURT CRIMINAL CASE PROCESSING

1  JOSEPH P. RUSSIONELLO
   United States Attorney

SEALED BY ORDER OF THE COURT

Filed
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

HRL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR-08 00284 RMW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | VIOLATIONS: |
| Plaintiff, ) | 18 U.S.C. §§ 2252(a)(2)(A) & 2252(b)(1) - Distribution of Child Pornography; 18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; 18 U.S.C. §§ 2253(a)(1) & (a)(3) - Criminal Forfeiture |
| v. ) | |
| MAX BUDZIAK, ) | |
| Defendant. ) | |
| ) | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. §§ 2252(a)(2)(A) & 2252(b)(1) – Distribution of Materials Constituting or Containing Child Pornography)

1. On or about June 6, 2007, in the Northern District of California, the defendant,

MAX BUDZIAK,

did knowingly and intentionally distribute child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252(a)(2)(A) and 2252(b)(1).

//

INDICTMENT

COUNT TWO: (18 U.S.C. §§ 2252(a)(2)(A) & 2252(b)(1) – Distribution of Materials Constituting or Containing Child Pornography)

2. On or about June 14, 2007, in the Northern District of California, the defendant,

MAX BUDZIAK,

did knowingly and intentionally distribute child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252(a)(2)(A) and 2252(b)(1).

COUNT THREE: (18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct)

3. On or about July 24, 2007, in the Northern District of California, the defendant,

MAX BUDZIAK,

did knowingly and intentionally possess matter which contains any visual depiction of a minor engaged in sexually explicit conduct that has been mailed and transported and shipped in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

4. The allegations contained in Counts One and Two of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

5. Upon conviction of the offenses alleged in Counts One and Two above, or any of them, the defendant,

MAX BUDZIAK,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3) all visual depictions described in Title 18, United States Code Section 2252A, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including, but not limited to, an HP desktop computer tower, serial number 5042-8904; a Samsung hard drive, model HD 300 LJ, serial number S0D7J10L300053; a

//

INDICTMENT                                    2

compact disc labeled "1707"; and a compact disc labeled "MPEG 1-19-04," all seized from 658 Arrowhead Drive, San Jose, California.

DATED: 4/30/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSIONELLO
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____ )
             AUSA Choi

INDICTMENT                                3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Counts One and Two: 18 U.S.C. 2252(a)(2)(A) - Distribution of Child Pornography
Count Three: 18 U.S.C. § 2252(a)(4)(B) - Poss. of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Counts 1&2: 20 yrs imprisonment; $250k fine, 3 yrs sup. release, $100 special assessment fee; Count 3: 10 yrs imprisonment, $250k fine, 3 yrs sup. release, $100 special assessment fee

**DEFENDANT - U.S.**

▶ MAX BUDZIAK

Filed
APR 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER

**CR - 08  00284 RMW**

HRL

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): EUMI CHOI

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NONE

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: