**SEALED BY ORDER OF THE COURT**

Filed
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR-08 00284 RMW   HF

| | |
|---|---|
| IN RE: INDICTMENT OF MAX BUDZIAK | ORDER OF THE COURT SEALING INDICTMENT |

Based on good cause appearing in the Indictment and the ongoing nature of the undercover activities contemplated by the Federal Bureau of Investigation, it is hereby ordered that the Indictment in the above-entitled case be sealed until further order of the court.

**IT IS SO ORDERED.**

DATED: April 30, 2008

HON. HOWARD LLOYD
United States Magistrate Judge
Northern District of California

SEALING ORDER

DOCUMENT NO.   CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING