***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Gina Colin

**DATE:** May 19, 2008               **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00284-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- MAX BUDZIAK
     **APPEARANCES:**                   (P)

**PLTF:** AUSA: E. Choi          **DEFT:** G. Provini

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised the Court that they just received discovery from the government. Defense needs time to review the discovery. The Court continued this matter to 7/14/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Government to prepare exclusion order.**

                              */s/ Jackie Garcia*
                                 **JACKIE GARCIA**
                                **Courtroom Deputy**