JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00284 RMW |
| )  Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM MAY 19, 2008 TO JULY 14, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
| v. ) | |
| MAX BUDZIAK, ) | |
| )  Defendant. ) | |

On May 19, 2008, 2008, the parties appeared for a hearing before the Court for the first status hearing in the above-cited case. At that time, based upon the request of the parties, the Court set the matter for a status hearing on July 14, 2008 to allow for counsel's review of the discovery in this case.  The parties thus stipulated to an exclusion of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective preparation. .

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best  interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).  Further, the failure to grant such a continuance would

1  unreasonably deny counsel for defendant the reasonable time necessary for effective preparation,
2  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
3
4  DATED: May 20, 2008                    JOSEPH P. RUSSONIELLO
                                          United States Attorney
5
6                                         _____/s/_____
                                          EUMI L. CHOI
7                                         Assistant United States Attorney
8
                                          _____/s/_____
9                                         GUERIN J. PROVINI

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between May 19, 2008 and July 14, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE