1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   EUMI L. CHOI (WVBN 722)
   Assistant United States Attorney
5
6    150 Almaden Boulevard
     San Jose, California 95113
     Telephone: (408) 535-5079
7    Facsimile:  (408) 535-5066
     Email: Eumi.Choi@usdoj.gov              *E-FILED - 6/3/08*
8
   Attorneys for the United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 08-00284 RMW
                                     )
14         Plaintiff,                )
                                     )   STIPULATION AND []
                                     )   ORDER TO CONTINUE STATUS
15     v.                            )   HEARING AND TO EXCLUDE TIME
                                     )   FROM MAY 19, 2008 TO JULY 14, 2008
16  MAX BUDZIAK,                     )   FROM THE SPEEDY TRIAL ACT
                                     )   CALCULATION (18 U.S.C. §
17         Defendant.                )   3161(h)(8)(A),(B))
                                     )
18  _____    )

19

20      On May 19, 2008, 2008, the parties appeared for a hearing before the Court for the first

21  status hearing in the above-cited case. At that time, based upon the request of the parties, the

22  Court set the matter for a status hearing on July 14, 2008 to allow for counsel's review of the

23  discovery in this case.  The parties thus stipulated to an exclusion of time under the Speedy Trial

24  Act to allow counsel for defendant reasonable time for effective preparation. .

25      The United States hereby submits this written request for an order finding that said time

26  is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served

27  by taking such action and outweigh the best interests of the public and defendant in a speedy

28  trial. 18 U.S.C. § 3161(h)(8)(A).  Further, the failure to grant such a continuance would

1 | unreasonably deny counsel for defendant the reasonable time necessary for effective preparation,
2 | taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

4 | DATED: May 20, 2008                    JOSEPH P. RUSSONIELLO
                                           United States Attorney

                                           _____/s/_____
                                           EUMI L. CHOI
                                           Assistant United States Attorney


                                           _____/s/_____
                                           GUERIN J. PROVINI

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between May 19, 2008 and July 14, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  6/3/08

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE