PROPOSED ORDER/COVER SHEET

TO:     Honorable Patricia Trumbull           RE:     MAX BUDZIAK
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief           DOCKET NO.:    CR08-00284 RMW
        U.S. Pretrial Services Officer

DATE:   May 31, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

        Jaime Carranza                                408-535-5226
SENIOR U.S. PRETRIAL SERVICES OFFICER             TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[PVT] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

FILED JUN 03 2008

_Patricia V. Trumbull_                    6/3/08
JUDICIAL OFFICER                          DATE

Cover Sheet (03/26/08)