## PROPOSED ORDER/COVER SHEET

TO:         Honorable Patricia Trumbull          RE:    **MAX BUDZIAK**
               U.S. Magistrate Judge

FROM:     Richard W. Wieking, Acting Chief      DOCKET NO.:    **CR08-00284 RMW**
               U.S. Pretrial Services Officer

DATE:     July 11, 2008

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Anthony Granados**                          408-535-5223
**SENIOR U.S. PRETRIAL SERVICES OFFICER**        **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

_(initialed)_    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

_(initialed)_    Modification(s)

A. **The defendant will submit to electronic monitoring with the following schedule: he may leave his home for lawful activity that does not conflict with his other release conditions from 12pm to 4pm Monday - Friday and 7pm to 8:30pm daily. All other leave must be approved in advance by Pretrial Services.**

B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

_____

_____       7/14/08
**JUDICIAL OFFICER**                   **DATE**

Cover Sheet (03/26/08)