***E-FILED *__**

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** July 14, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00284-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MAX BUDZIAK
     APPEARANCES:                (P)

**PLTF:** AUSA: E. Choi          **DEFT:** G. Provini

**COURT ACTION:** STATUS HEARING

Hearing Held. The defense advised the Court that he needs his expert to review the discovery. The expert is in Hawaii. The Court continued this matter to 9/15/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 9/15/08. Government to prepare exclusion order.

           /s/ Jackie Garcia
            **JACKIE GARCIA**
           **Courtroom Deputy**