JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00284 RMW |
|    Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM JULY 14, 2008 THROUGH SEPTEMBER 15, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
| MAX BUDZIAK, | ) | |
|    Defendant. | ) | |

     On July 14, 2008, the parties appeared for a hearing before the Court for a status hearing in the above-cited case. At that time, based upon the request of defense counsel, the Court set the matter for a status hearing on September 15, 2008 to allow counsel to have an expert witness review the computer images at issue in this case.  The government did not oppose the request, and the parties thus stipulated to an exclusion of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective preparation.

     The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18  U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best  interests of the public and defendant in a speedy

1

1 trial. 18 U.S.C. § 3161(h)(8)(A).  Further, the failure to grant such a continuance would
2 unreasonably deny counsel for defendant the reasonable time necessary for effective preparation,
3 taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: July 17, 2008                    JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        _____/s/_____
                                        EUMI L. CHOI
                                        Assistant United States Attorney


                                        _____/s/_____
                                        GUERIN J. PROVINI
                                        Counsel for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 14, 2008 through September 15, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE