FILED

JUL 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Ronald M. Whyte<br>U.S. District Judge | RE: | Max Budziak |
| FROM: | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR08-0284RMW |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony Granados                            (408) 535-5223
U.S. Pretrial Services Officer              TELEPHONE NUMBER

RE: 60 DAY SUPERVISION STATUS UPDATE FOR DEFENDANT ON ELECTRONIC MONITORING

DATE: July 11, 2008

The U.S. Pretrial Services Agency provides the releasing U.S. Magistrate Judge a supervision status update every 60 days for each defendant released with a condition of electronic monitoring (including GPS). The attached memorandum is being provided to Your Honor for informational purposes only. Please indicate below if Your Honor does not wish to receive a copy of future updates. Thank you.

☐ I do not wish to receive any future 60 Day Supervision Status Updates for this defendant.

☒ Other Instructions:

_This notification contains a recommended modification to conditions of pretrial release. I'm agreeable to the modification provided defendant and his counsel sign off on them in writing._

_____          7/14/08
JUDICIAL OFFICER                          DATE

Cover Sheet-B (04/16/08)