### PROPOSED ORDER/COVER SHEET

TO:      **Honorable Patricia Trumbull**          RE:     **MAX BUDZIAK**
         **U.S. Magistrate Judge**

FROM:    **Richard W. Wieking, Acting Chief**     DOCKET NO.:    **CR08-00284 RMW**
         **U.S. Pretrial Services Officer**

DATE:    **July 17, 2008**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____**Anthony Granados**_____          _____**408-535-5223**_____
**SENIOR U.S. PRETRIAL SERVICES OFFICER**          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✔] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[✔] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____

_____Patricia V. Trumbull_____          ____7/23/08____
**JUDICIAL OFFICER**                            **DATE**

**Cover Sheet** (03/26/08)