1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  EUMI L. CHOI (WVBN 722)
   Assistant United States Attorney
5
     150 Almaden Boulevard
6    San Jose, California 95113
     Telephone: (408) 535-5079
7    Facsimile:  (408) 535-5066
     Email: Eumi.Choi@usdoj.gov                    *E-FILED - 7/24/08*
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 08-00284 RMW
                                     )
14        Plaintiff,                 )    STIPULATION AND []
                                     )    ORDER TO CONTINUE STATUS
15     v.                            )    HEARING AND TO EXCLUDE TIME
                                     )    FROM JULY 14, 2008 THROUGH
16  MAX BUDZIAK,                     )    SEPTEMBER 15, 2008 FROM THE
                                     )    SPEEDY TRIAL ACT CALCULATION
17                                   )    (18 U.S.C. § 3161(h)(8)(A),(B))
          Defendant.                 )
18  _____)

19

20        On July 14, 2008, the parties appeared for a hearing before the Court for a status hearing

21  in the above-cited case. At that time, based upon the request of defense counsel, the Court set the

22  matter for a status hearing on September 15, 2008 to allow counsel to have an expert witness

23  review the computer images at issue in this case.  The government did not oppose the request,

24  and the parties thus stipulated to an exclusion of time under the Speedy Trial Act to allow

25  counsel for defendant reasonable time for effective preparation.

26        The United States hereby submits this written request for an order finding that said time

27  is excluded under the Speedy Trial Act, 18  U.S.C. § 3161, in that the ends of justice are served

28  by taking such action and outweigh the best  interests of the public and defendant in a speedy

                                        1

1    trial.  18 U.S.C. § 3161(h)(8)(A).   Further, the failure to grant such a continuance would

2    unreasonably deny counsel for defendant the reasonable time necessary for effective preparation,

3    taking into account the exercise of due diligence.   18 U.S.C. § 3161(h)(8)(B)(iv).

4

5    DATED: July 17, 2008                          JOSEPH P. RUSSONIELLO
                                                    United States Attorney

6

7    _____/s/_____

8                                                  EUMI L. CHOI
                                                   Assistant United States Attorney

9

10   _____/s/_____
                                                   GUERIN J. PROVINI
11                                                 Counsel for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 14, 2008 through September 15, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).   Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 7/24/08

_Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

3