Aug 01 2008 2:33PM  HP LASERJET FAX                           p.2
Aug 01 08 10:54a   Ron Short                    808-638-3293   p.3
Aug 01 2008 11:42AM  HP LASERJET FAX                           p.2
US ATTORNEY OFFICE      Fax          Aug 1 2008 10:25am  P002/005

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  EUMI CHOI (WVBN 722)
   Assistant United States Attorney
5
6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
7  Telephone: (408) 535-5079
   Facsimile: (408) 535-5066
8  E-Mail: eumi.choi@usdoj.gov

9  Attorneys for the United States of America

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,          )   No. CR 08-00284 - RMW
15         Plaintiff,                  )
                                       )   STIPULATION AND [PROPOSED]
16     v.                              )   ORDER RE: COMPUTER FORENSIC
                                       )   REVIEW PROCEDURES FOR CHILD
17  MAX BUDZIAK,                       )   PORNOGRAPHY CONTRABAND
                                       )
18         Defendant.                  )
19  _____)

20      Plaintiff, United States of America, by and through Joseph P. Russoniello, United States
21  Attorney for the Northern District of California, and Eumi Choi, Assistant United States Attorney
22  for the Northern District of California, and the defendant, MAX BUDZIAK, and his attorney,
23  Guerin Provini, hereby stipulate and agree as follows:
24      1.   Pursuant to 18 U.S.C. § 3509(m), courts are required to deny defense requests to
25  copy, photograph, duplicate, or otherwise reproduce material constituting child pornography if
26  the government makes the material reasonably available to the defendant and provides ample
27  opportunity for the defense to examine it at a government facility. 18 U.S.C. § 3509(m).
28

Stip. re Computer Forensic Review Procedures
United States v. Budziak
CR 08-00284 RMW                              1

2008 AUG -4 AM 11:47
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
RECEIVED

Aug 01 2008 2:33PM    HP LASERJET FAX    p.3
Aug 01 08 10:54a    Ron Short    808-638-3293    p.2
Aug 01 2008 11:42AM    HP LASERJET FAX    p.3
US ATTORNEY OFFICE    Fax    Aug 1 2008 10:25am    P003/005

2. For purposes of this stipulation and order, the term "defense team" refers solely to defendant's counsel of record, Guerin Provini ("defense counsel"), and defendant's designated expert Ron Short, of ForensicAnalysis.biz ("defense expert"). Defendant and defense counsel represent that the defense team agrees to be bound by the terms and conditions of this stipulation and order.

3. For purposes of this stipulation and order, the term "defense expert hard drive" refers to a true forensic copy of the hard drives and all removable media seized by the Federal Bureau of Investigation from the defendant's residence at 658 Arrowhead Drive, San Jose, California, containing alleged child pornography contraband at issue in the above-referenced case.

4. In order to comply with 18 U.S.C. § 3509(m), and to allow defendant ample opportunity to prepare an effective defense in preparation for trial in this matter, the government will make a copy of the seized hard drive reasonably available to the defendant, and provide ample opportunity for the defense team to examine it at a government facility in the District of Hawaii, where the defense expert is located. The parties agree that the following conditions, if ordered by the Court, should serve the government's interest and statutory obligation in protecting against further dissemination of said contraband that would be harmful to the victims, while permitting defense counsel an opportunity to prepare an effective defense for trial. Accordingly, the parties jointly request that the Court order as follows:

    a. The computer forensic examination of the seized hard drive may be conducted at the FBI, in Honolulu, Hawaii (West Region), at the Prince Jonah Kuhio Federal Building, 300 Ala Moana Blvd., Suite 4-230, during regular business hours on August 6, 2008. The defense team may use a private room at the FBI facility which will not be monitored.

    b. The defense team will use the FBI hardware and softwares at the FBI facility upon which to examine the subject hard drive and media. The defense expert may bring and use digital storage device, i.e., a thumbdrive, to copy data to generate forensic examination results, but not any images of child pornography on the subject hardware and software to be examined.

Stip. re Computer Forensic Review Procedures
United States v. Budziak
CR 08-00284 RMW    2

Case 5:08-cr-00284-RMW  Document 21  Filed 08/04/2008  Page 3 of 4

Aug 01 2008 2:33PM   HP LASERJET FAX                                    p.4
Aug 01 08 10:54a   Ron Short                     808-638-3293           p.4
Aug 01 2008 11:42AM   HP LASERJET FAX                                   p.4
                          US ATTORNEY OFFICE   Fax      Aug 1 2008 10:26am P004/005

    c.    The defense team acknowledges that it shall not make, nor permit to be made, any copies of the alleged child pornography contraband pursuant to this stipulation and order, and shall not remove any contraband images from the government facility. The defense team will be allowed to copy any file that is not contraband and compile a report (without contraband images/videos) documenting the examination on removable media. By and through this stipulation, the defense team certifies to the Court that it will not take from the FBI any material which would be considered child pornography under federal law, and that the defense team will not cause any such child pornography to be sent off site.

DATED: August 1, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
EUMI CHOI
Assistant U.S. Attorney

_____
GUERIN PROVVAKI
Attorney for Defendant

_____
RON SHORT
Expert for Defendant

*Stip. re Computer Forensic Review Procedures*
*United States v. Budziak*
CR 08-00284 RMW           3

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS the conditions set forth in the stipulation agreed upon by the parties concerning the computer forensic review procedures for child pornography contraband in U.S. v. Wayne Budzink, CR-08-00284 RMW.

IT IS SO ORDERED.

DATED: _____, 2008

RONALD M. WHYTE
United States District Judge