JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5079
Facsimile: (408) 535-5066
Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

*E-FILED - 6/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAX BUDZIAK, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 08-00284 RMW <br><br> STIPULATION AND [] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM JUNE 14, 2010, THROUGH NOVEMBER 8, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |

On June 14, 2010, the parties appeared for a status hearing before the Court in the above-cited case. At that time, the parties informed the Court that they were unable to reach a resolution of the matter, and thus requested a trial date. Upon the agreement of the parties, the Court set the trial date for November 8, 2010, and, also with the agreement of the parties, excluded time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective preparation.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the failure to grant such a continuance would

unreasonably deny defendant continuity of counsel, and unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: June 16, 2010               JOSEPH P. RUSSONIELLO
                                   United States Attorney


                                   _____/S/_____
                                   EUMI L. CHOI
                                   Assistant United States Attorney


                                   _____/S/_____
                                   WM. MICHAEL WHELAN, JR.
                                   Attorney for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between June 14, 2010, through November 8, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Further, the failure to grant such a continuance would unreasonably defendant continuity of counsel, and unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 6/23/10
                                   *Ronald M. Whyte*
                                   _____
                                   RONALD M. WHYTE
                                   UNITED STATES DISTRICT JUDGE