MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5066
   E-Mails:  nat.cousins@usdoj.gov
               allison.danner@usdoj.gov

Attorneys for the United States of America

FILED

JAN 13 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00284 RMW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION REGARDING FORFEITURE** *AND ORDER* |
| MAX BUDZIAK, | ) | |
| Defendant. | ) | |

    Defendant Max Budziak has been charged by Indictment and has admitted to possession of matters containing any visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

    The Indictment alleges forfeiture under 18 U.S.C. §§ 2253(a)(1) and (a)(3).

    The parties agree that Max Budziak shall forfeit the following "subject property," which was seized from defendant's residence on July 24, 2007, and was used to commit the offense of conviction: (1) HP desktop computer tower, serial number 5042-8904 (trial ex. 12A); (2) Samsung hard drive, model HD 300 LJ, serial number S0DJ10L300053 (trial Ex. 12B); (3)

compact disc labeled "LOLI" (trial Ex. 30); and (4) compact disc labeled "MPEG 1-19-04" (trial Ex. 31).

Defendant agrees that the "subject property" was used to commit the offense of conviction and the "subject property" may be forfeited pursuant to Federal Rule of Criminal Procedure 32.2(b)(1).

DATED: January 12, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/

NATHANAEL M. COUSINS
ALLISON M. DANNER
Assistant United States Attorneys

**AGREED**

Wm. Michael Whelan
Graham Archer
Counsel for defendant Max Budziak

[PROPOSED] ORDER

No. CR 08-0284 RMW

The Stipulation is accepted and the Court orders that the "subject property" identified above is forfeited by the defendant Max Budziak to the United States.

DATED: 1/13/11

HON. RONALD M. WHYTE
United States District Court Judge

FORFEITURE STIPULATION
CR 08-0284 RMW