```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4
   JEFFREY D. NEDROW (CABN 161299)
5  Assistant United States Attorneys

6     United States Attorney's Office
      150 Almaden, Suite 900
7     San Jose, CA 95113
      Telephone:  (408)-535-5045
8     Facsimile: (408) 535-5066
      E-Mail: jeff.nedrow@usdoj.gov
9
   Attorneys For Plaintiff
10 United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08–00284-RMW |
| Plaintiff, | ) ) | STIPULATION TO MODIFY BRIEFING SCHEDULE |
| v. | ) ) | DATE: October 17, 2013 |
| MAX BUDZIAK, | ) | TIME: 2:00 p.m. |
| Defendant. | ) ) | The Hon. Ronald M. Whyte |

      The United States, through its counsel Jeff Nedrow, and defendant Max Budziak, through his counsel W. Michael Whelan and Graham Archer, hereby agree and stipulate to modify the briefing schedule in this case to permit the government an extra week to file its briefing regarding the procedure in this case.  Such a modification would move the government's filing date from September 19, 2013 to September 26, 2013, and the defense responsive filing from October 3, 2013 to October 10, 2013.  This continuance is requested for the following reasons:

      1) The government requested this stipulation based upon its need for additional time to prepare its briefing on the proposed procedure for addressing the concerns raised in the Ninth Circuit's remand.  The age of the case, and the unique nature of the remand in this case, have presented challenges for the government in terms of reviewing the file and proposing a procedure

1

to the Court.  The defense has agreed to the modification of the schedule.

For these reasons, the parties respectfully request that the Court modify the briefing schedule in this case to permit the government to file its brief on September 26, 2013, with the defense brief due on October 10, 2013.  The government and the defense jointly request an appearance on October 17, 2013 before this Court, with the understanding that another hearing may be scheduled if the Court feels it needs additional time to consider the matter after reviewing the filings of the parties.

It is so stipulated.

Respectfully submitted,

Dated: September 16, 2013              MELINDA HAAG
                                       UNITED STATES ATTORNEY


                                       _____/s/_____
                                       JEFFREY D. NEDROW
                                       Assistant U.S. Attorney

Dated: September 16, 2013              _____/s/_____
                                       GRAHAM ARCHER
                                       Attorney for Max Budziak

**ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that the briefing schedule in this matter is modified.  The government's brief shall be due on September 26, 2013.  The defense brief shall be due on October 10, 2013.  The hearing date of October 17, 2013 shall remain as scheduled absent further order of the Court.

Dated this ___FÎ___ day of Qevqdgt, 2013.

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

2