1  Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
   95 S. Market Street, Suite 300
2  San Jose, California  95113
   (650) 319-5554 telephone
3  (415) 874-7082 facsimile
   whelanlaw@gmail.com
4
   Attorney for Defendant
5  MAX BUDZIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR-08-284-RMW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING ON REMAND FOR CONSIDERATION OF DISCOVERY ISSUES** |
| MAX BUDZIAK, | |
| Defendant. | |

The captioned matter is now set for hearing on remanded discovery issues on October 17, 2013.  The government requested and was granted more time to file it's brief; defense counsel now requests more time to file its brief and to continue the hearing. Defense counsel, Michael Whelan and Graham Archer, due to the press of other criminal litigation in both state and federal court, are unable to timely draft and file the defense reply brief.  Furthermore, defendant Budziak was only recently returned to Santa Clara Main Jail from the U.S. B.O.P. and defense counsel have not yet had an opportunity to meet and confer with him.  For all these reasons, counsel for the parties stipulate and request that the hearing be continued to November 7, 2013 and that the defense reply brief deadline be continued to October 24, 2013.

-1-

IT IS SO STIPULATED:

DATE: October 8, 2013                    _____/s/_____
                                         Wm. Michael Whelan, Jr.
                                         Attorney for Defendant Max Budziak

DATE: October 8, 2013                    MELINDA HAAG, U.S. Attorney

                                         _____/s/_____
                                         Jeffrey David Nedrow
                                         Assistant United States Attorney

## ORDER

**Having read and considered the stipulation of the parties, and good cause appearing, the Court hereby orders that the October 17, 2013, 2:00 p.m. hearing date in the captioned matter be continued to November 7, 2013 at 2:00 p.m., and defendant's reply brief shall be filed no later than October 24, 2013.**

DATE: _____                     _____
                                         **Ronald M. Whyte**
                                         **United States District Court Judge**