|   |   |
|---|---|
| 1 | Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190) |
| 2 | Graham E. Archer, ESQ. (CA Bar No. 262464) |
|   | 95 S. Market Street, Suite 300 |
| 3 | San Jose, California  95113 |
|   | (650) 319-5554 telephone |
| 4 | (415) 874-7082 facsimile |
|   | whelanlaw@gmail.com |
| 5 | Attorney for Defendant |
|   | MAX BUDZIAK |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-08-284-RMW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING ON REMAND FOR CONSIDERATION OF DISCOVERY ISSUES** |
| MAX BUDZIAK, | |
| Defendant. | |

The captioned matter is now set for hearing on remanded discovery issues on November 7, 2013. The government requested and was granted more time to file its brief; defense counsel requested and received additional time to file its brief as well. All briefing has been filed. Co-counsel for Mr. Budziak is out of the country from November 3 to November 9, 2013 and unavailable to attend the hearing currently scheduled for November 7. All counsel are available on November 22, 2013 at 2:50pm. For the foregoing reason, counsel for the parties stipulate and request that the hearing be continued to November 22. 2013 at 2:50pm.

-1-

WM. MICHAEL WHELAN, JR.
ATTORNEY AT LAW
255 N. MARKET STREET, SUITE 100
SAN JOSE, CALIFORNIA 95110
(408) 288-5231

1  IT IS SO STIPULATED:

2

3  DATE: November 3, 2013                     _____/s/_____
4                                             Graham E. Archer
                                              Attorney for Defendant Max Budziak
5
   DATE: November 3, 2013                     MELINDA HAAG, U.S. Attorney
6
7                                             _____/s/_____
                                              Jeffrey David Nedrow
8                                             Assistant United States Attorney

9

10                              **ORDER**

11

12    **Having read and considered the stipulation of the parties, and good cause**

13  **appearing, the Court hereby orders that the November 7, 2013, 2:00 p.m. hearing**

14  **date in the captioned matter be continued to November 22, 2013 at 2:50 p.m.**

15  **DATE:** _____            _____
                                         **Ronald M. Whyte**
16                                       **United States District Court Judge**

-2-